# IN THE SUPREME COURT OF THE STATE OF NEVADA

FLIP N TAG, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JAMES
CROCKETT, DISTRICT JUDGE,
Respondents,
and
GERARDO RODRIGUEZ,
Real Party in Interest.

No. 79358



FILED

SEP 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a July 9, 2019, district court "minute order" overruling petitioner's objections to a discovery commissioner's report and recommendation.

Having reviewed the petition and supporting documents, we conclude that our extraordinary intervention is not warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (explaining that it is within this court's sole discretion to determine if a writ petition will be considered); NRAP 21(b)(1). Petitioner has not provided a written, file-stamped district court order, which precludes our review. *See Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (providing that a minute order is not effective for any purpose). Accordingly, we deny this writ petition without prejudice to petitioner's

19-38100

ability to file a new petition challenging a written, file-stamped order, if deemed appropriate.

It is so ORDERED.[1]

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, Sr. J.
Douglas

cc:    Hon. James Crockett, District Judge
        Resnick & Louis, P.C./Las Vegas
        De Castroverde Law Group
        Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A